**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Curtis Lee O'NEAL, Defendant–Appellant.**

No. 00–7487.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Curtis Lee O'Neal, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Curtis Lee O'Neal seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. O'Neal,* CR–93–40; CA–00–26–5–2–V (W.D.N.C. filed Sept. 18, 2000; entered Sept. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*